**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 527 EAL 2016
                                      :
             Respondent          :
                                        :    Petition for Allowance of Appeal from
                                        :    the Order of the Superior Court
                 v.                      :
                                        :
                                        :
DUNG THACH,                        :
                                        :
             Petitioner            :


## ORDER


**PER CURIAM**

      **AND NOW**, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.